1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>                    Plaintiff,<br><br>         v.<br><br>AUTOZONE WEST, INC., d.b.a. AUTOZONE #5678; SVSC HOLDINGS, L.P.,<br><br>                    Defendants. | Civil No.   07cv00461 WQH (CAB)<br><br>**ORDER FOLLOWING STATUS CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

A telephonic Status Conference was scheduled for August 27, 2007, at 9:00 a.m. Counsel for Defendant SVSC Holdings did not appear for the conference. Plaintiff informed the Court the case had not settled. Accordingly, in compliance with Federal Rule of Civil Procedure 26, and at Plaintiff's request, IT IS HEREBY ORDERED:

   1.   Any objections made to initial disclosure pursuant to Federal Rule of Civil Procedure, Rule 26(a)(1)(A)-(D) are overruled, and the parties are ordered to proceed with the initial disclosure process. Any further objections to initial disclosure will be resolved as required by Rule 26.

   2.   The Rule 26(f) conference shall be completed on or before **September 20, 2007**;

   3.   The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before **October 4, 2007**;

   4.   A discovery plan shall be lodged with Magistrate Judge Bencivengo on or before **October 4, 2007**; and,

1       5.     A Case Management Conference, pursuant to Federal Rule of Civil Procedure 16(b) shall be held on **October 12, 2007**, at **9:00 a.m.**  The conference shall be <u>telephonic</u>, with <u>attorneys only</u>.  Counsel for Plaintiff shall coordinate and initiate the conference call.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

**IT IS SO ORDERED.**

DATED:  August 27, 2007

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge