1
2
3
4
5
6
7
8            **UNITED STATES DISTRICT COURT**
9            **SOUTHERN DISTRICT OF CALIFORNIA**
10
11   LARY FEEZOR,                          CASE NO. 07cv461 WQH (CAB)
12                        Plaintiff,       **ORDER GRANTING JOINT**
                                           **MOTION FOR DISMISSAL**
       vs.
13                                         (Doc. # 15)
14   AUTOZONE WEST, INC. dba AUTO
     ZONE #5678; SVSC HOLDINGS, L.P.,
15                        Defendants.
16
17          The "Joint Motion for Dismissal," filed by Plaintiff and Defendant Autozone West, Inc.
18   dba Auto Zone #5678 pursuant to Federal Rule of Civil Procedure 41, is hereby **GRANTED**.
19   (Doc. # 15.)  The above-entitled action shall be **DISMISSED WITH PREJUDICE** as to
20   Defendant Autozone West, Inc. dba Auto Zone #5678.  Plaintiff's action against Defendant
21   SVSC Holdings, L.P. remains pending.
22   DATED:  August 31, 2007
23                                   _William Q. Hayes_
                                     **WILLIAM Q. HAYES**
24                                   United States District Judge
25
26
27
28

07cv461