# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| LARY FEEZOR, | CASE NO. 07cv0461 WQH (CAB) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION FOR DISMISSAL** |
| vs. | |
| AUTOZONE WEST, INC. dba AUTOZONE # 5678; SVSC HOLDINGS, LP, | |
| Defendant. | |

HAYES, Judge:

The "Joint Motion for Dismissal" with prejudice (Doc. # 14) is **GRANTED**. This action is hereby **DISMISSED WITH PREJUDICE**. The Clerk of the Court shall enter judgment.

DATED: September 26, 2007

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge